THE PEOPLE OF THE STATE OF ILLINOIS *et al.*, Plaintiffs-Appellants, *v.* JOHN L. ROGERS, Defendant-Appellee.

(Nos. 60943-46 cons.; ▮▮▮▮▮▮▮▮▮▮▮▮

First District (3rd Division)—July 3, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Michael E. Shebat, Assistant State's Attorneys, of counsel), for the People.

Richard W. Stopka, of Chicago, for appellee.